BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $6,640.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 1:10-MC-00041-OWW<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and Potential Claimant Javier Cruz (hereafter "Potential Claimant"), by and through his attorney, as follows:

1.　On or about July 6, 2010, Potential Claimant Javier Cruz filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration ("DEA") with respect to the approximately $6,640.00 in U.S. Currency, which was seized on or about March 5, 2010.

2.　The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Potential Claimant has filed a claim to the above-captioned asset as required by law in the administrative forfeiture proceeding.

///

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the above-captioned asset and/or to obtain an indictment alleging that the above-captioned asset is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to January 2, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned asset and/or to obtain an indictment alleging that the above-captioned asset is subject to forfeiture.

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the above-captioned asset and/or to obtain an indictment alleging that the above-captioned asset is subject to forfeiture shall be extended to January 2, 2011.

Dated:  October 4, 2010	BENJAMIN B. WAGNER
	United States Attorney

	 /s/ Deanna L. Martinez
	DEANNA L. MARTINEZ
	Assistant United States Attorney


Dated: October 4, 2010	 /s/ Nicholas F. Reyes
	NICHOLAS F. REYES
	Attorney for Potential Claimant Javier Cruz
	(Original signature retained by attorney)

        IT IS SO ORDERED.

**Dated:    October 7, 2010**	        **/s/ Oliver W. Wanger**
	UNITED STATES DISTRICT JUDGE