BENJAMIN B. WAGNER
United States Attorney
KATHLEEN SERVATIUS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-MC-00041-OWW |
| Plaintiff, | *SECOND* STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $6,640.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and Potential Claimant Javier Cruz (hereafter "Potential Claimant"), by and through his attorney, as follows:

1.  On or about July 6, 2010, Potential Claimant Javier Cruz filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration ("DEA") with respect to the approximately $6,640.00 in U.S. Currency, which was seized on or about March 5, 2010.

2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Potential Claimant has filed a claim to the above-captioned asset as required by law in the administrative forfeiture proceeding.

///

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the above-captioned asset and/or to obtain an indictment alleging that the above-captioned asset is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.     By Stipulation and Order filed on October 8, 2010, the parties stipulated to extend to January 2, 2011, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 4, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned asset and/or to obtain an indictment alleging that the above-captioned asset is subject to forfeiture.

6.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the above-captioned asset and/or to obtain an indictment alleging that the above-captioned asset is subject to forfeiture shall be further extended to April 4, 2011.

Dated: December 30, 2010           BENJAMIN B. WAGNER
                                   United States Attorney

                                    /s/ Kathleen Servatius
                                   KATHLEEN SERVATIUS
                                   Assistant United States Attorney

Dated: December 30, 2010            /s/ Anthony P. Capozzi
                                   ANTHONY P. CAPOZZI
                                   Attorney for Potential Claimant Javier Cruz
                                   (Original signature retained by attorney)

IT IS SO ORDERED.

**Dated:    January 3, 2011**              **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

*SECOND* STIPULATION AND ORDER EXTENDING THE
UNITED STATES' TIME TO FILE A COMPLAINT FOR
FORFEITURE AND/OR TO OBTAIN AN INDICTMENT
ALLEGING FORFEITURE                        2